UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO.: '23 MJ3142 |
|---|---|---|
| Plaintiff, | ) ) | COMPLAINT FOR VIOLATIONS OF: Title 18, U.S.C. § 2552(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct |
| v. | ) | |
| DANIEL GREGORY PAJIMULA, | ) | |
| Defendant. | ) | |

The undersigned Complainant, being duly sworn, states:

Count One

On or about February 11, 2023, within the Southern District of California, defendant DANIEL GREGORY PAJIMULA, did knowingly receive visual depictions, that is digital and computer images, using any means and facility of interstate and foreign commerce, and which has been mailed, shipped and transported in and affecting interstate and foreign commerce, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//

//

1

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Brian Ficucell*
_____
Brian Ficucell, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. Proc. 4.1 by telephone on this 30th day of August, 2023.

*William V. Gallo*
_____
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I have been employed as a Special Agent (SA) with Homeland Security Investigations (HSI) since June 2011. I am currently assigned to the HSI Office of the Special Agent in Charge (SAC) San Diego, California Child Exploitation Group. I am a graduate of the Federal Law Enforcement Training Center in Glynco, Georgia. I am currently assigned to the Internet Crimes Against Children (ICAC) Task Force in San Diego. This task force includes members of the San Diego Police Department, San Diego County Sheriff's Department, U.S. Postal Inspection Service, Federal Bureau of Investigation, Naval Criminal Investigative Service, U.S. Attorney's Office and the San Diego County District Attorney's Office. As an HSI SA assigned to the Child Exploitation group, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251 and 2252. I have participated in the service of numerous search warrants involving child exploitation and/or child pornography offenses and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media. As a federal agent, I am authorized to investigate violations of laws of the United States and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. In preparation of this affidavit, I have discussed the facts of this case with other law enforcement agents and officers within HSI.

### INVESTIGATION BY UTAH LAW ENFORCEMENT

On February 10, 2023, a detective with the St. George Police Department (STGPD) was operating in an online, undercover capacity on Whisper.[1] On that

---

[1] Whisper is a social media application that can be installed on Android and iOS devices. According to their website, " Whisper is a leading media company based in Venice, California. Whisper's mobile app is the largest online platform where people share real thoughts and feelings, forge relationships and engage in conversations on an endless variety of topics - without identities

date, he observed a Whisper posting: "Content Available, F12-17, Sexymee .S" Based on the language of this posting, the detective recognized the post to be an advertisement offering to sell Child Sexual Abuse Material (CSAM) involving females between the ages of 12 and 17. Additionally, the detective determined "Sexymee .S" to be an identifier on Kik.[2]

Based on the post, the detective, continuing in an undercover capacity, logged onto Kik, and discovered a Kik user listing a vanity name of "Sexymee .S" and a unique user ID of "sexymee027." The detective further observed the Kik account to have been initiated on January 26, 2023.

After locating this Kik user, the detective initiated communication with "sexymee027" where "sexymee027" indicated they were selling CSAM depicting females between the ages of 12 and 17 years. Without being solicited, "sexymee027" then distributed four videos depicting minors engaged in sexually explicit conduct, including minor females engaged in oral sex, sodomy, and forcible intercourse of the genitalia or anus. After sending these files, "sexymee027" communicated that they possessed an additional 414 image and video files which would be provided upon receiving a $40 (U.S. dollars) payment. "sexymee027" explained payment could be made through PayPal, Cash App, and Crypto. When asked about the PayPal account, "sexymee027" provided an email address and further requested payment be sent through "friends and family" on PayPal. "sexymee027" also inquired if the detective, in his undercover capacity, would like the image and video files to be sent through other social media applications.

---

or profiles. Whisper content and stories reach hundreds of millions of people each month across platforms."  Whisper advertises that it "is spearheading a movement that believes that happiness starts with being your real self."

[2] Kik, formally known as Kik Messenger, is a freeware instant messaging mobile app from the Canadian company Kik Interactive, available on iOS and Android operating systems.  The application uses a smartphone's internet connection to transmit and receive messages, photos, videos, sketches, mobile web pages, and other content after users register a username. Kik advertises that it preserves users' anonymity, such as allowing users to register without the need to provide a telephone number or valid email address.

On February 10, 2023, the detective submitted preservation requests to Medialab.ai Inc. to preserve basic subscriber information relative to the pertinent Whisper and Kik accounts. The detective received confirmation that the Kik profile "sexymee027" and relevant records were preserved successfully. Medialab.ai Inc. responded they were unsuccessful in identifying the Whisper account user in question.

On February 16, 2023, the detective obtained a state search warrant for the content and information relating to Kik user "sexymee027." In response to the warrant, the detective received subscriber information, internet protocol (IP) address information, and the content of chat logs showing who "sexymee027" had been in contact with for the distribution of CSAM. Chat logs revealed "sexymee027" communicated with over 200 Kik users. Based on the information contained in the material the detective received, it is believed most of those users received CSAM material. The IP information for "sexymee027" indicates the user is outside of the United States. However, a number of users who communicated with "sexymee027" were identified as residing in the United States. Based on the volume of information, the detective made contact with HSI Resident Agent in Charge (RAC) St. George Office to seek assistance in disseminating the lead information to other law enforcement agencies for further investigation.

### INVESTIGATION INTO SAN DIEGO TARGET

One of the Kik users who was in contact with "sexymee027" was "devinjjones2323." On February 11, 2023, "sexymee027" sent "devinjjones2323" four files on Kik. In March 2023, HSI agents in Utah sent legal process to Kik for subscriber information pertaining to the user "devinjjones2323" to include the account login IP addresses.

According to the response from Kik, the last two account logins occurred on February 28, 2023, at 0:58:28 Universal Time Coordinated (UTC) and March 2,

2023, at 7:05:56 UTC from the IP 174.65.244.119. This IP address resolves to Cox Communications (Cox.)

In June 2023, HSI agents in Utah sent legal process to Cox for subscriber information of the captured IP address. Cox responded and indicated the subscriber of the IP address was an individual at a residence in Alpine, California, in the Southern District of California. Upon determining the user of "devinjjones2323" was in the Southern District of California, HSI agents in Utah sent an investigative referral to the Special Agent in Charge (SAC) San Diego, California Child Exploitation Group.

The lead information was reviewed which included the four files "sexymee027" distributed to "devinjjones2323" on the Kik application. HSI agents in Utah received four files from Kik, but noted some of the files were not viewable because Kik did not produce functional files. Specifically, two of the four files were not viewable. However, two of the files were viewable and are described as follows:

    a.    File Name: 4e706d43-e383-45a0-ae3f-e11f1454ba06
           Description: This video depicts a prepubescent female orally copulating an adult male.

    b.    File: 3adb136d-f876-42ba-936e-aad88159f403
           Description: This video depicts a pubescent female, lying on her stomach, with her hands held behind her back by an adult male. The pubescent female is being penetrated by the adult male with his penis.

Steps were taken to identify the username "devinjjones2323" based on the information received from Kik. Investigative and open-source queries regarding the residence in Alpine, California, was conducted. During the course of this investigation, law enforcement agents learned that DANIEL GREGORY PAJIMULA (PAJIMULA), resided at the residence in Alpine.

Based on the totality of the investigation, a federal search warrant was obtained to search the Alpine residence for violations of 18 U.S.C. §§ 2252 and 2252A. The search warrant was executed on August 30, 2023. PAJIMULA was at the residence, along with the other occupant.

PAJIMULA was advised of his *Miranda* rights and agreed to waive them and speak to the agents. The interview was recorded. PAJIMULA admitted that he had created a Kik account, in response to a posting he had seen on Whisper, and admitted to receiving four videos from the individual who posted the advertisement (and two of which are described above). PAJIMULA refused to pay for additional content so he did not receive any additional visual depictions from that individual. PAJIMULA did admit that he engaged in online chats with others on a different social media application, Omegle.[3] He stated that he engaged in conversations with minor males and minor females. Though the conversations with the minors did not begin in a sexual nature, PAJIMULA admitted that the conversations turned sexual and that the minors engaged in sexually explicit conduct while online with him. He admitted that he created screen captures of the chats which included the visual depictions of minors engaged in sexually explicit conduct.

Based on my training and experience, I know the use of Whisper and Kik involves the use of the Internet, and that the Internet is a means and facility of interstate and foreign commerce.

Pursuant to the warrant, a number of devices were seized from the residence for forensic examination. The investigation remains ongoing.

---

[3] Omegle is a free online chat website that allows users to socialize with others without the need to register. The service randomly pairs users in one-on-one chat sessions where they chat anonymously.